# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Civil No. 1:98-CR-00233 |
| | : | |
| v. | : | |
| | : | |
| DANIEL GEORGE BROWN, | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 5th day of August, 2020, upon consideration of Defendant's petition for writ of error *coram nobis*, Doc. 89, **IT IS ORDERED THAT** the petition is **DENIED**.

                                                           s/Jennifer P. Wilson
                                                           JENNIFER P. WILSON
                                                           United States District Court Judge
                                                           Middle District of Pennsylvania